This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**STATE OF NEW MEXICO,**

     Plaintiff-Appellant,

**v.**                                        **No. 33,768**

**BRANDON SHAWN NEZ,**

     Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF McKINLEY COUNTY**
**Louis E. DePauli, Jr., District Judge**

Gary K. King, Attorney General
Margaret McLean, Assistant Attorney General
Santa Fe, NM

for Appellant

Steven F. Seeger
Gallup, NM

for Appellee

**MEMORANDUM OPINION**

**FRY, Judge.**

{1}     The State of New Mexico (the State) filed a docketing statement, appealing from the district court's order granting defendant Brandon Shawn Nez's (Defendant) motion to suppress evidence. This Court issued a calendar notice, proposing to

summarily affirm the order. The State filed a response to our notice, requesting that this Court follow its proposed disposition. [MIO 2] Accordingly, for the reasons stated in our notice of proposed disposition, we affirm the district court's order granting Defendant's motion to suppress.

{2}    **IT IS SO ORDERED.**


_____

**CYNTHIA A. FRY, Judge**

**WE CONCUR:**



_____

**RODERICK T. KENNEDY, Chief Judge**


_____

**M. MONICA ZAMORA, Judge**